IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

VANDELL GOMILLER, ET. AL.                                               PLAINTIFFS

VS.                                                                  No. 4:06CV33-D-B

AMANDA DEES, ET. AL.                                                   DEFENDANTS

ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant Carroll County School District's motion for summary judgment (docket entry 34) is GRANTED;

(2) the Defendant Amanda Dees' motion for summary judgment (docket entry 35) is GRANTED;

(3) the Plaintiff's claims are DISMISSED in their entirety; and

(4) this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 28th day of March 2007.

/s/ Glen. H. Davidson
Chief Judge